UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | | |
|---|---|---|
| **PATRICIA ANN HADLOCK**, | ) | |
| | ) | |
| Plaintiff, | ) | 03:11-cv-01337-HU |
| | ) | |
| vs. | ) | **OPINION AND** |
| | ) | **ORDER** |
| **ST. HELENS CREDIT UNION** | ) | |
| **FINANCIAL SERVICES, et al.**, | ) | |
| | ) | |
| Defendant. | ) | |

HUBEL, Magistrate Judge:

This matter comes before the court on plaintiff Patricia Ann Hadlock's ("Plaintiff") application [1] to proceed *in forma pauperis*, filed on November 8, 2011. "Plaintiffs normally must pay $350 to file a civil complaint in federal district court, 28 U.S.C. § 1914(a), but 28 U.S.C. § 1915(a)(1) allows the district court to waive the fee, for most individuals unable to afford it, by granting [*in forma pauperis*] status." *Andrews v. Cervantes*, 493 F.3d 1047, 1051 (9th Cir.2007).

OPINION AND ORDER                1

An examination of Plaintiff's application suggests she is able to afford the fees of this action. Although portions of the application are incomprehensible, Plaintiff claims she made $155,000 in 2009; donated $20,000 to her church out of her Social Security benefits; and receives monthly benefits from pensions, annuities, and/or disability in excess of $2,000.

## CONCLUSION

For the foregoing reasons, Plaintiff's motion to proceed *in forma paurperis* is DENIED. Because no complaint has been filed in conjunction with Plaintiff's application, the clerk is directed to terminate this case. Plaintiff may refile the case if she submits a complaint in the style of the attached form, or files such a complaint with a properly completed *in forma pauperis* application demonstrating she cannot afford the filing fee.

Dated this 12th day of December, 2011.

/s/ Dennis J. Hubel

---

Dennis James Hubel
United States Magistrate Judge